FILED
SEP 19 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| BILLY EARL WOOLMAN, DAVID J. GEORGE, CHARLES G. RITZ, | ) 4:12CR00352RWS |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown to this Grand Jury, but including December 22, 2009, and continuing through the date of this indictment, with the exact dates unknown to this Grand Jury, in Phelps County, Dent County, and elsewhere in the Eastern District of Missouri, and elsewhere, the defendants,

**BILLY EARL WOOLMAN, and**
**DAVID J. GEORGE,**

did knowingly, unlawfully, and intentionally combine, conspire, confederate, and agree together with Charles G. Ritz, and others known and unknown to this Grand Jury, to commit the following offense against the United States: to manufacture a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); and

The quantity of a mixture or substance containing methamphetamine involved in the offense

was in excess of fifty grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

The Grand Jury further charges that:

On or about March 16, 2012, in Dent County, in the Eastern District of Missouri, the defendants,

**BILLY EARL WOOLMAN,
DAVID J. GEORGE, and
CHARLES G. RITZ,**

knowingly and intentionally manufactured methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) on premises in which G.T. and A.T., individuals under the age of eighteen years, were present.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860a; and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JEANNETTE S. GRAVISS, #541316
Assistant United States Attorney